Emerson Midwest Corporation, Appellant, v. Edward Slive, Trading as Wholesalers Outlet, and Wholesalers Outlet, Appellees.

Gen. No. 46,027.

Collen, Kessler & Kadison, for appellant; Mark A. Greenhouse, of counsel; George C. Rabens, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed June 26, 1953; released for publication July 23, 1953.